UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN RIVERA,<br><br>         Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; JOHN WRIGHT; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No.: 3:24-cv-872-JES-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE**<br><br>**[ECF No. 21]** |

Before the Court is the parties' joint motion to dismiss the case. ECF No. 21. The Court previously dismissed Defendant County of San Diego, and Plaintiff represents that he settled with the remaining defendant, John Wright. *Id.* Good cause appearing, the Court **GRANTS** the motion. This matter is dismissed with prejudice. The Clerk is directed to close the case.

  **IT IS SO ORDERED.**

Dated: August 8, 2025

                 _____
                 Honorable James E. Simmons Jr.
                 United States District Judge